Jon M. Sands
Federal Public Defender
District of Arizona
Jessica M. Salyers (AZ Bar No. 032702)
Charlotte G. Merrill (AZ Bar No. 029786)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Jessica_Salyers@fd.org
Charlotte_Merrill@fd.org
602.382.2816 Telephone
602.889.3960 Facsimile

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrel Peter Pandeli, | No. CV-17-01657-PHX-JJT |
| Petitioner, | |
| vs. | DEATH-PENALTY CASE |
| Charles L. Ryan, et al., | **Notice of Withdrawal of Counsel** |
| Respondents. | |

The Office of the Federal Public Defender gives notice to the Court that Jessica M. Salyers hereby withdraws from representation of Petitioner Darrel Pandeli. Ms. Salyers is leaving the Office of the Federal Public Defender effective June 14, 2019. Charlotte Merrill will remain as counsel on behalf of Mr. Pandeli until the FPD obtains a recommendation for new counsel pursuant to this Court's May 16, 2019 order. (Doc. 92.)

/ / /

1

Respectfully submitted this 14th day of June, 2019.

Jon M. Sands
Federal Public Defender
District of Arizona

Jessica M. Salyers
Charlotte G. Merrill

s/ Jessica M. Salyers
Counsel for Petitioner